IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DION HENRY,** | 2:08-cv-02070-MCE-JFM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED that respondent's December 19, 2008 request for extension of time (#13) is granted; respondent is hereby GRANTED an extension of time of thirty days, up to and including January 19, 2009, in which to file a response to the Petition for Writ of Habeas Corpus.

DATED: January 5, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; henr2070.eot