IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DION HENRY,

    Petitioner,        No. 2:08-cv-2070-MCE-JFM (HC)

    vs.

D. K. SISTO, Warden,

    Respondent.        <u>ORDER</u>

                              /

        Petitioner has filed a motion for an extension of time to file an opposition to respondent's January 20, 2009 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 18, 2009 motion for extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and opposition to respondent's January 20, 2009 motion to dismiss. Respondent's reply, if any, shall be filed and served not later than seven days thereafter.

DATED: February 19, 2009.

                                                UNITED STATES MAGISTRATE JUDGE

12;henr2070.111