IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DION HENRY,

        Petitioner,                No. 2:08-cv-2070 MCE JFM (HC)

   vs.

D. K. SISTO, Warden,

        Respondent.            <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file an opposition to respondent's January 20, 2009, motion to dismiss. Good cause appearing, the request will be granted.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's March 23, 2009, motion for an extension of time is granted;

        2. Petitioner is granted seven days from the date of this order in which to file an opposition to respondent's January 20, 2009, motion to dismiss; and

/////
/////
/////
/////

1

3. Respondent's reply, if any, shall be filed and served not later than seven days thereafter.

DATED: March 26, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12/kly
henr2070.111sec