IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DION HENRY,

      Petitioner,                        No. 2:08-cv-2070-MCE-JFM (HC)

   vs.

D. K. SISTO, Warden,                  ORDER

      Respondents.

_____/

      Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Federal Defender is appointed to represent petitioner.

      2. The Clerk of the Court is directed to serve a copy of the petition, respondent's January 20, 2009 motion to dismiss and this order on Carolyn Wiggin, Assistant Federal Defender.

/////

1

   3.  Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

   4.  This matter is set for hearing on respondent's January 20, 2009 motion to dismiss and for status conference on September 3, 2009, at 11:00 a.m. in Courtroom 26.

   5.  All parties shall appear at the hearing and status conference by counsel.

   6.  Counsel may file a supplemental opposition to respondent's motion to dismiss not later than August 26, 2009, and respondent may file a response not later than August 31, 2009.

DATED: August 11, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
henr2070.110a